**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Clara Sanchez, | NO. C 08-00791 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Michael A. Astrue,<br>Commissioner of Social Security | |
| Defendant. | |

Pursuant to the Court's September 30, 2009 Order Denying Plaintiff's Motion for Summary Judgment; Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant Michael A. Astrue, Commissioner of the Social Security Administration and against Plaintiff Clara Sanchez.

Each party shall bear their own fees and costs.  The Clerk shall close this file.

Dated: September 30, 2009

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Hunt Miller jim_miller0@yahoo.com
Leo Rufino Montenegro Leo.R.Montenegro@ssa.gov

**Dated: September 30, 2009**                      **Richard W. Wieking, Clerk**

                                                    **By:   /s/ JW Chambers              **
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

United States District Court
For the Northern District of California